IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **GRACE LAVENDER** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**AMERICAN RESIDENTIAL SERVICES, LLC**,<br><br>*Defendant.* | Case no. 2:20-cv-00059-RWS |

## NOTICE OF SETTLEMENT

Plaintiff Grace Lavender gives notice that the parties have reached an agreement in principle to settle this action, and requests that the Court stay all pending deadlines for thirty days to allow the parties to document the settlement and file dismissal papers.

Dated: July 9, 2020

*/s/ Tristan Gillespie*
Tristan Gillespie, Esq. (Ga Bar No. 268064)
5150 College Farm Rd.
John's Creek, GA 30022
Telephone: (404) 276-7277
Gillespie@tristan@gmail.com

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Tristan Gillespie*
Tristan Gillespie, Esq. (Ga Bar No. 268064)