IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GRACE LAVENDER, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN RESIDENTIAL SERVICES, LLC,<br><br>        Defendant. | Civil Action File<br><br>No. 2:20-cv-00059-SCJ |

## JOINT STIPULATION AND CONSENT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Grace Lavender and Defendant American Residential Services, LLC, through undersigned counsel, agree and stipulate, and hereby respectfully file their Joint Stipulation and Consent Motion to Dismiss. The Parties have agreed that Plaintiff's individual claims against ARS shall be dismissed with prejudice, with each party to bear its own fees and costs. This dismissal of the putative class claims asserted by Plaintiff in this action shall be without prejudice.

For the Court's convenience, a Proposed Order is attached hereto as **Exhibit A**.

Stipulated and agreed this 3rd day of August, 2020.

                                  Womble Bond Dickinson (US) LLP

400 Spectrum Center Drive     By:   */s/ Artin Betpera*
Suite 1700                                  Artin Betpera (appearing *pro hac vice*)
Irvine, CA 92618
Phone: (657) 266-1051
artin.betpera@wbd-us.com

                                  Womble Bond Dickinson (US) LLP

271 17th Street, N.W.          By:   */s/ Joel G. Pieper*
Suite 2400                                  Joel G. Pieper
Atlanta, Georgia 30363-1017   Georgia Bar No. 578385
(404) 888-7435 direct phone
(404) 870-4831 direct fax
joel.pieper@wbd-us.com

                                  *Attorneys for American Residential Services, LLC*

                                  Tristan Gillespie, Esq.

5150 College Farm Rd.         By:   */s/ Tristan Gillespie*
John's Creek, GA 30022         Tristan Gillespie, Esq.
(404) 276-7277                       [by Artin Betpera with express permission]
Gillespie.tristan@gmail.com    Georgia Bar No. 268064

                                  Kaufman P.A.

400 N.W. 26th Street           By:   */s/ Avi R. Kaufman*
Miami, FL 33127                    Avi R. Kaufman, Esq. (appearing *pro hac vice*)
(305) 469-5881
kaufman@kaufmanpa.com     [by Artin Betpera with express permission]

                                  *Attorneys for Plaintiff Grace Lavender*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing **JOINT STIPULATION AND CONSENT MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Tristan W. Gillespie, Esq.
>Attorney for Plaintiff
>5150 Cottage Farm Road
>Johns Creek, GA 30022
>gillespie.tristan@gmail.com

In addition, the undersigned further certifies this pleading has been served **via email only** to the following Plaintiff's counsel:

| | |
|---|---|
| Stefan Coleman, Esq. | Avi R. Kaufman, Esq. |
| Attorney for Plaintiff | Rachel E. Kaufman, Esq. |
| Law Offices of Stefan Coleman, P.A. | Attorneys for Plaintiff |
| 201 S. Biscayne Boulevard, 28th Floor | Kaufman P.A. |
| Miami, FL 33131 | 400 N.W. 26th Street |
| law@stefancoleman.com | Miami, FL 33127 |
| | kaufman@kaufmanpa.com |
| | rachel@kaufmanpa.com |

This 3rd day of August, 2020.

>   */s/ Joel G. Pieper*
>Joel G. Pieper
>State Bar No. 578385
>Womble Bond Dickinson (US) LLP
>271 17th Street, N.W., Suite 2400
>Atlanta GA 30363-1017
>(404) 888-7435 direct dial
>(404) 870-4831 direct fax
>joel.pieper@wbd-us.com