IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GRACE LAVENDER, on behalf of herself and others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>AMERICAN RESIDENTIAL SERVICES, LLC,<br><br>　　Defendant. | Civil Action File<br><br>No. 2:20-cv-00059-SCJ |

## ORDER

THIS MATTER having come before the Court on the Joint Stipulation and Consent Motion to Dismiss With Prejudice, submitted by Plaintiff Grace Lavender and Defendant American Residential Services, LLC, and upon consideration thereof and for good cause shown,

IT IS HEREBY ORDERED that the Parties' Joint Stipulation and Consent Motion to Dismiss With Prejudice is **GRANTED**.  The Court orders that Plaintiff's individual claims shall be dismissed, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.  The putative class claims asserted by Plaintiff in this action are dismissed without prejudice.

- 2 -

ENTERED this __24th__ day of August, 2020.

                                              s/Steve C. Jones  
                                              Steve C. Jones  
                                              United States District Judge